

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

———————————

## No. 08-26-00046-CV

———————————

Degrate Realty, LLC, Appellant

v.

City of Temple, Appellee

On Appeal from the County Court at Law No. 2
Bell County, Texas
Trial Court No. 23CCV00787

## MEMORANDUM OPINION[1]

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3. Finding that the clerk's record has not been filed or paid for due to the fault of Appellant, we dismiss the appeal for want of prosecution.

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

The clerk's record in this case was due May 1, 2026. On May 4, 2026, the County Clerk filed a letter notice that Appellant had neither paid for nor arranged to pay for the preparation of the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). On May 4, 2026, Appellant was notified to provide written proof that arrangements had been made for the clerk's record. Appellant was advised that the appeal may be dismissed for want of prosecution if it failed to provide such proof by May 15, 2026. On May 19, 2026, Appellant filed a letter in this Court "requesting complete clerk's records regarding Trial Court Case Number: 23CCV00787," stating "I need the amount to pay and instructions for making the payment." On May 28, 2026, this Court received a letter from the County Clerk indicating that the required fee for preparing the clerk's record had not been paid.

On June 2, 2026, this Court ordered Appellant to file, by June 12, 2026, written proof that Appellant had paid or made arrangements to pay the fee for the clerk's record or provide written proof showing it is otherwise entitled to proceed without paying the clerk's fee. We again advised Appellant that failure to comply may result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 35.3(a)(2), (c), 37.3(b), 42.3(b), (c). On June 12, 2026, Appellant only filed in this Court a copy of a purported email from Appellant to the County Clerk stating, "Please provide a copy of the court record for the above mentioned case and the fee along with instructions to pay."

To date, the clerk's record has not been filed, and the Court has not received written proof from Appellant regarding the clerk's fee. Accordingly, we dismiss for want of prosecution. *See* Tex. R. App. P. 35.3(a)(2), (c), 37.3(b), 42.3(b), (c).

LISA J. SOTO, Justice

June 26, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

2